**Order filed September 13, 2016**



In The

# Fourteenth Court of Appeals

———————

NO. 14-16-00454-CV

———————

## DONALD YOUNG, DORIS YOUNG AND DONNA HOLCOMB, Appellants

## V.

## CHRIS DI FERRANTE, Appellee

**On Appeal from the County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. CV-0052700**

## ORDER

This appeal is from a judgment signed May 3, 2016. Appellants filed notices of appeal on June 6, 2016. Appellants filed affidavits of indigence on August 22, 2016, which this court referred to the trial court.

On September 8, 2016, the trial court notified this court that the reporter's record had been filed and that no contest was filed to the affidavits of indigence. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's

allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the Galveston County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.


PER CURIAM